THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: July 17, 2019



Beth E. Hanan
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

IN RE: Jamie W. Dalluge

Case No. 16-25234-beh

Chapter: 13

Debtor.

ORDER MODIFYING STAY

    U.S. Bank Trust National Association, as Trustee of the Lodge Series III Trust (the "Movant") filed a renewal of motion for relief from stay to exercise its rights and remedies with respect to the Debtor's property located at W2951 Highway 180, Wausaukee, WI 54177 (the "Property"). Debtor filed an objection on 7/3/2019; however, Debtor subsequently withdrew the objection. Based on the filings of the parties and the withdrawal of Debtor's objection, the Court finds that Movant's interest in the Property is not adequately protected or that other cause exists for granting the Movant's request for relief from the stay.

    IT IS THEREFORE ORDERED: the stay of 11 U.S.C. § 362 is modified to permit the Movant to exercise its rights and remedies with respect to the Property under its loan documents and applicable nonbankruptcy law.

    IT IS FURTHER ORDERED: to the extent the stay applies, it is modified to permit the Movant to offer, negotiate and enter into loss mitigation or mortgage modification options with the consent of the Debtor.

    IT IS FURTHER ORDERED: to the extent Bankruptcy Rule 3002.1 applies, the Movant is no longer required to file or provide the notices required by that Rule.

    IT IS FURTHER ORDERED: all other relief requested in the motion is denied.

    IT IS FURTHER ORDERED: this Order is effective immediately and is not stayed for 14 days pursuant to Bankruptcy Rule 4001(a)(3).

#####