THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: August 7, 2019





Beth E. Hanan
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

IN RE:
JAMIE W DALLUGE

Chapter 13

Case No.: 16-25234-BEH

Debtor

### ORDER MODIFYING CONFIRMED CHAPTER 13 PLAN

The debtor filed a motion to modify the plan on July 12, 2019 and served notice of the modified plan as required by Bankruptcy Rule 3015, Local Rule 3015, or court order. The modified plan meets the requirements of 11 U.S.C. § 1329, and

IT IS ORDERED THAT:

1. The confirmed chapter 13 plan is modified as stated in the debtor's July 12, 2019 request to modify confirmed plan.

2. Summary of payments: $150.00 per month for the remainder of the 60-month plan.

#####